# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Civil Action No., CV 10-386 NAM/DEP |
| Plaintiff | § | Claim No., 2009A17641 |
| vs | § § | |
| Chris W. Higgins | § | |
| Defendant, | | |

*U.S. DISTRICT COURT - N.D. OF N.Y.*
**FILED**
**JUN 2 5 2010**
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

## JUDGMENT ON FAILURE TO ANSWER

The Plaintiff having filed due proof of the service of the Summons and Complaint in this action upon the defendant, Chris W. Higgins, more than 20 days since, exclusive of the day of service, and by the affidavit of Douglas M. Fisher, Esq., on behalf of Solomon and Solomon, P.C., Plaintiff's attorney, sworn on June 25, 2010, that the said defendant has not appeared in this action in any manner;

Now on application of Solomon and Solomon, P.C., By Douglas M. Fisher, of counsel, the plaintiff's attorney, it is hereby adjudged that the United States of America, the plaintiff, whose address is c/o Solomon and Solomon, P.C., Five Columbia Circle, Box 15019, Albany, NY 12212-5019 recover of Chris W. Higgins, defendant, who resides at: 139 South 4th Avenue, Ilion, New York 13557.

damages in the total amount of $12,622.36 plus pre-judgment interest at the rate of 5.01% per annum from June 14, 2010 to the date of judgment, plus costs of $40.00 for a total of $12,662.36

Dated: June 25, 2010

Lawrence K. Baerman, CLERK
By: Joanne Bloskenki
Deputy Clerk